UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ERIC HARCEY,<br><br>　　　　　　　　　Petitioner,<br><br>　vs.<br><br>MINNEHAHA COUNTY STATES ATTORNEYS OFFICE; MINNEHAHA COUNTY STATES ATTORNEY MARK JOYCE AND HONORABLE JUDGE BRADLEY ZELL,<br><br>　　　　　　　　　Respondents. | 4:21-CV-04067-KES<br><br><br>ORDER |

Petitioner, Eric Harcey, an inmate at the Mike Durfee State Prison, in Springfield, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Accordingly,

IT IS ORDERED that:

(1)　the Clerk of Court shall serve upon respondents a copy of the petition and this order;

(2)　within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3)　petitioner may file a reply within 14 days of service of the respondent's response; and

(4)　petitioner's motion to proceed in forma (Doc. 2) is granted and he shall pay the $5.00 filing fee to the clerk of court by May 17, 2021.

DATED this 16th day of April, 2021.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge